GLENS FALLS INSURANCE COMPANY, Respondent, v. CAROLINA FREIGHT CARRIERS CORPORATION and AKERS & HUDSON MOTOR LINES, INC., Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present— Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Estate of EDWARD F. HALLAHAN, Also Known as EDWARD HALLAHAN, Deceased. CHARLES EDWARD HALLAHAN, as Administrator, etc., of EDWARD F. HALLAHAN, Also Known as EDWARD HALLAHAN, Appellant; JOHN J. HALLAHAN, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

GEORGE A. FERRIS, Respondent, v. IDONAH SLADE PERKINS, Appellant, Impleaded with Others, Defendants.— Order and judgment reversed, with costs, and plaintiff's motion for summary judgment under rules 113 and 114 of the Civil Practice Act in all respects denied, on the ground that there are issues of fact to be tried. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; O'Malley, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK MARTINO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

EDNA LANE BRILLEMAN, Appellant, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LOUIS SMILOW, Appellant, v. GOLDSMITH & CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM HEMLEY, Appellant, v. ANNA B. HEMLEY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to reply to the counterclaims within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Estate of IRVING I. BLOOMINGDALE, Deceased. (Application by RICHMOND J. REESE, as Executor, for Instructions and Directions as to Setting up Trusts.) In the Matter of the Judicial Settlement of the Account of Proceedings of RICHMOND J. REESE, as Coexecutor, etc., of IRVING I. BLOOMINGDALE, Deceased, and the Fixation of Attorney's Fees. (Third Account of Proceedings.) GEANNE H. B. BUTLER, as Executrix and Trustee, etc., Appellant; DONALD BLOOMINGDALE and Others, Respondents, Impleaded with Others. (Appeal No. 1.) — Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.